UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 95-361-Cr-Hurley/Vitunac


UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GUILLERMO DIAZ,

        Defendant.

_____/



FILED by _____ D.C.

SEP 1 6 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER AND
## REPORT AND RECOMMENDATION

The Defendant, GUILLERMO DIAZ, appeared before the Court, represented by counsel, on September 12, 2008. The Defendant was initially convicted of conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1). The Defendant was sentenced to one-hundred twenty (120) months imprisonment. After serving the prison portion of his sentence, the Defendant was placed on supervised release for a term of five (5) years. The Defendant is now charged with violating his supervised release by failing to abstain from the use of alcoholic beverages during the duration of supervision in that, during a home visit on June 26, 2008, the Defendant was under the influence of alcohol and admitted to drinking four to five beers. The Defendant admits the violation and wishes to proceed to sentencing as soon as possible.

This Court recommends that the District Court accept the Defendant's admission and find the Defendant guilty of violating supervised release. This Court recommends that the matter be set down for sentencing before the District Court.

The Clerk is ORDERED to set this matter before the sentencing calendar of the Honorable United States District Judge Daniel T.K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Daniel T.K. Hurley, within ten (10) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir.1982), cert. denied, 460 U.S. 1087 (1983).

DONE and ORDERED and DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this _____ day of September, 2008.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Daniel T.K. Hurley
AUSA Janice Le Clainche
AFPD Jonathan Pinoli
United States Marshal
United States Probation Officer Yamilee Sanchez

2