# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-00361-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

GUILLERMO DIAZ,
    Defendant.

------------------------------------------/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Friday, November 14, 2008,** at **1:30 p.m.**, in courtroom 5, at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 2nd day of October, 2008.

**copy furnished:**
AUSA Janice LeClainche
AFPD Jonathan Pinoli
United States Marshal's Service
United States Probation Office

                                                */s/ Daniel T. K. Hurley*
                                                Daniel T. K. Hurley
                                          United States District Judge